Form 6- Summ

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Moshannon Valley Citizens, Inc.**,
Debtor

Case No. **06-00095**

Chapter **11**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 8,808,914.59 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 473,729.26 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $ 1,103,811.75 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 254 | | $ 2,168,009.30 | |
| G - Executory Contracts and Unexpired Leases | YES | 9 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| Total | | | $ 8,808,914.59 | $ 3,745,550.31 | |